# STATE OF MICHIGAN
## IN THE 10TH DISTRICT COURT

ELLA E.M. BROWN CHARITABLE
CIRCLE DBA OAKLAWN HOSPITAL,

        Plaintiff,

v.                              Case No. 25-05613-GC

NICOLE F GOODWIN           Hon. Michelle L. Richardson

        Defendants.

| | |
|---|---|
| GOODMAN FROST, PLLC | LIGHTHOUSE LITIGATION, PLLC |
| Robert J. Goodman (P55670) | Joshua S. Goodrich, J.D., LL.M. (P83197) |
| Timothy J. Frost (P40616) | Attorney for Defendant |
| Attorney for Plaintiff | 5208 W Saginaw Hwy., 81142 |
| PO Box 67 | Lansing, MI 48917 |
| Southfield, MI 48037 | 269-312-7435 |
| 888-593-0088 | |

## DEFENDANT'S OFFER
## TO STIPULATE TO ENTRY OF JUDGMENT
## UNDER MCR 2.405

To: ELLA E.M. BROWN CHARITABLE CIRCLE DBA OAKLAWN HOSPITAL,

PLEASE TAKE NOTICE that, pursuant to MCR 2.405, Defendant (the "Offeror") offers to stipulate to entry of judgment as follows:

1. **Sum certain and inclusivity.** Judgment shall be entered in favor of Plaintiff and against Defendant in the total amount of $900.00 (comprised of $150.00 emergency co-pay + $750.00 deductible). This amount is inclusive of all costs and interest then accrued as of the date of service of this Offer. See MCR 2.405(A)(1).

2. **Scope limited to Plaintiff's claims only.** This Offer resolves only the claims asserted by Plaintiff against Defendant in the operative complaint in this action. It does not resolve, affect, waive, or release any counterclaims, cross-claims, third-party claims, or claims by or against any non-parties. See MCR 2.405(B) (offer for whole or part of a claim).

3. **Attorney fees upon acceptance.** If this Offer is timely accepted, Plaintiff shall bear its own attorney fees, and no attorney fees shall be taxed against the Defendant or

FILED IN 10TH DISTRICT COURT; 12/17/2025 1:08 PM

awarded as part of the judgment to be entered pursuant to this Offer. Nothing in this paragraph limits the court's authority under MCR 2.405(D) in the event this Offer is rejected, and sanctions are later sought under the rule.

4. **Acceptance and filing**. To accept, Plaintiff must, within 21 days after service of this Offer, serve written notice of acceptance on all parties and file with the Court: (a) this Offer, (b) the notice of acceptance, and (c) proof of service of the acceptance. Upon filing of an acceptance, the Court shall enter judgment according to the terms of this Offer. See MCR 2.405(C)(1).

5. **No admission.** This Offer is made solely to encourage compromise and is not, and shall not be construed as, an admission of liability or damages by any party.

6. **Rejection.** If this Offer is not accepted in writing within 21 days after service, it is deemed rejected. See MCR 2.405(C)(2)(b).

**IMPORTANT: Do not file this Offer unless and until it is accepted under MCR 2.405(C)(1). This Offer may be served until 28 days before trial. See MCR 2.405(B), (C)(1).**

Dated: December 8, 2025                    Respectfully submitted,

                                           LIGHTHOUSE LITIGATION, PLLC

                                           By: /s/Joshua S. Goodrich, J.D., LL.M.
                                           Joshua S. Goodrich (P83197)
                                           Attorneys for Defendant
                                           5208 W Saginaw Hwy, #81142
                                           Lansing, MI 48917-1913
                                           (269) 312-7435
                                           Date: December 8, 2025