STATE OF MICHIGAN

IN THE 10TH DISTRICT COURT

ELLA E. M. BROWN CHARITABLE CIRCLE,

    Plaintiff,

vs.

NICOLE F. GOODWIN,

    Defendant.

Case No. 25-05613-GC

Hon. Michelle L. Richardson

_____/

| GOODMAN FROST, PLLC | LIGHTHOUSE LITIGATION, PLLC |
|---|---|
| Robert J. Goodman (P55670) | Joshua S. Goodrich (P83197) |
| Timothy J. Frost (P40616) | 5208 W Saginaw Hwy, #81142 |
| Attorneys for Plaintiff | Lansing, MI  48917-1913 |
| P.O. Box 67 | (269) 312-7435 |
| Southfield, MI  48037 | |
| 248/750-0500 | |

_____/

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S
OFFER TO STIPULATE TO ENTRY OF JUDGMENT**

**NOW COMES** Plaintiff, through its attorneys, Goodman Frost, PLLC, pursuant to MCR 2.405(C)(1) and hereby accepts Defendant's Offer to Stipulate to Entry of Judgment in the amount of $900.00.  This offer encompasses Plaintiff's entire claim against Defendant.

See attached Offer to Stipulate to Entry of Judgment under MCR 2.405, attached hereto pursuant to MCR 2.405(C)(1).

Respectfully submitted,

_/s/ Timothy J. Frost_____
GOODMAN FROST, PLLC
Timothy J. Frost (P40616)
Attorneys for Plaintiff

Dated:  December 17, 2025