STATE OF MICHIGAN

IN THE 10TH DISTRICT COURT

ELLA E.M. BROWN CHARITABLE
CIRCLE DBA OAKLAWN HOSPITAL,

    Plaintiff,

v.

NICOLE F GOODWIN

    Defendants.

Case No. 25-05613-GC

Hon. Michelle L. Richardson

| GOODMAN FROST, PLLC | LIGHTHOUSE LITIGATION, PLLC |
|---|---|
| Robert J. Goodman (P55670) | Joshua S. Goodrich, J.D., LL.M. (P83197) |
| Timothy J. Frost (P40616) | Attorney for Defendant |
| Attorney for Plaintiff | 5208 W Saginaw Hwy., 81142 |
| PO Box 67 | Lansing, MI 48917 |
| Southfield, MI 48037 | 269-312-7435 |
| 888-593-0088 | |

## [PROPOSED] JUDGEMENT

Having been advised that Plaintiff has timely accepted Defendant's Offer of Judgment made pursuant to *MCR 2.405*, and upon Plaintiff's filing of the Offer, Notice of Acceptance, and Proof of Service with this Court, the Court hereby enters judgment according to the terms of that Offer.

## FINDINGS AND ORDERS

1. **Sum Certain and Inclusivity:**

Judgment is entered in favor of Plaintiff and against Defendant in the total amount of Nine Hundred Dollars ($900.00), which amount consists of $150.00 (emergency co-pay) and $750.00 (deductible).

This sum is inclusive of all costs and interest accrued as of the date of service of the Offer of Judgment, in accordance with MCR 2.405(A)(1).[1]

FILED IN 10TH DISTRICT COURT; 12/23/2025 11:20 AM

## 2. Scope of Judgment:

This Judgment resolves only the claims asserted by Plaintiff against Defendant in the operative complaint of this action. It does not resolve, affect, waive, or release any counterclaims, cross-claims, third-party claims, or claims by or against any non-parties as defined under MCR 2.405(B).

## 3. Attorney Fees:

Plaintiff shall bear its own attorney fees, and no attorney fees shall be taxed or awarded as part of the judgment to be entered pursuant to this Offer

## 4. No Admission:

This Judgment is entered for purposes of compromise only and shall not be construed as an admission of liability, fault, or wrongdoing by any party.

## 5. Final Disposition:

This Judgment resolves all remaining claims by Plaintiff against the Defendant and is final as to those claims and those claims only. The Clerk is directed to close the case as between these parties.

IT IS SO ORDERED.

Date: _____

_____
Hon. Michelle L. Richardson
District Court Judge
Calhoun County
State of Michigan

Approved as to form and Substance:

_____
Joshua S. Goodrich, J.D., LL.M. (P83197)
Attorney Defendant
Lighthouse Litigation PLLC
5208 W. Saginaw Hwy., 81142
Lansing, MI 48917

_____
Timothy J. Frost (P40616)
Attorney for Plaintiff
Goodman Frost, PLLC
PO Box 67
Southfield, MI 48037