September 13, 2024

LAW OFFICES OF
GOODMAN FROST, PLLC
20300 W 12 MILE RD STE 101
SOUTHFIELD MI 48076-6408
www.goodmanfrost.com
(248)750-0500
(888) 593-0088

To:   NICOLE F GOODWIN
8631 GORSLINE RD
BATTLE CREEK MI 49017

Reference: 24E01226

**GOODMAN FROST, PLLC, is a debt collector.** We are trying to collect a debt that you owe to Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital. We will use any information you give us to help collect the debt.

| Our Information shows: | | You may use the form below or you may write to us without the form. You may also include supporting documents. We accept disputes electronically at: disputes@goodmanfrost.com |
|---|---|---|

Our Information shows:

You had an account from Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital with account number: 21700120 (if any).

As of March 20, 2023 you owed:              $11,974.46
Between March 20, 2023 and today:
You were charged this amount of interest:        $.00
You were charged this amount in fees:            $.00
You paid or were credited this amount
 toward the debt:                              ($.00)
**Total amount of the debt now:**            **$11,974.46**

How can you dispute the debt?

**Call or write to us by October 25, 2024 to dispute all or part of the debt.** If you do not, we will assume that our information is correct and the debt is valid. If you write to us by October 25, 2024 we must stop collection on any amount you dispute until we send you information that shows you owe the debt, or a copy of the judgment against you.

You may use the form below or you may write to us without the form. You may also include supporting documents. We accept disputes electronically at: disputes@goodmanfrost.com

What else can you do?

**Write to ask for the name and address of the original creditor.** If you write to us by October 25, 2024, we will stop collection until we send you that information. You may use the form below or you may write to us without the form. We accept disputes electronically at: disputes@goodmanfrost.com

**Learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you. Go to www.consumerfinance.gov

Contact us about your payment options.

Póngase en contacto con nosotros para solicitar una copia deeste formulario en español.

---

Mail this form to:

GOODMAN FROST, PLLC
20300 W 12 MILE RD STE 101
SOUTHFIELD MI 48076-6408

NICOLE F GOODWIN
8631 GORSLINE RD
BATTLE CREEK MI 49017

How do you want to respond?
*Check all that apply:*

☐ **I want to dispute the debt because I think**
  ☐ This is not my debt
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $ _____

☐  **Quiero esta forma en español.**

Make your check payable to
Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital
Include the reference number 24E01226