Statement #: 21328622

| Account #: | Amount Due: | Amount Paid: | | | | |
|---|---|---|---|---|---|---|
| 42192 | 0.00 | | ☐ Check | ☐ Discover | ☐ Visa | ☐ Master Card |
| Statement Date: | Date Due: | Credit Card Number: | | | | Exp. Date: |
| 09-30-2024 | 10-30-2024 | | | | | |
| | | Signature: X | | | | |

NICOLE F GOODWIN
863 GORSLINE RD
Battle Creek, MI  49014

Make Checks Payable and Mail to:

OAKLAWN HOSPITAL (START)
200 N MADISON ST
MARSHALL, MI  49068

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | | Account #: 42192 | | Statement #: 21328622 | |
|---|---|---|---|---|---|

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| Patient Name: NICOLE F GOODWIN | | | | | | |
| Date of Service: 03-20-2023 Financial#: 21700120 | | | | | | |
| Oaklawn Hospital | 03-20-2023 | mg Tab | 1.12 | 1.12 | | |
| | 03-20-2023 | mg Tab UD | 29.37 | 29.37 | | |
| | 03-20-2023 | mg Cap | 1.06 | 1.06 | | |
| | 03-20-2023 | Film | 11.15 | 11.15 | | |
| | 03-20-2023 | | 27.00 | 27.00 | | |
| | 03-20-2023 | | 8.00 | 8.00 | | |
| | 03-20-2023 | | 24.00 | 24.00 | | |
| | 03-20-2023 | | 155.00 | 155.00 | | |
| | 03-20-2023 | | 441.00 | 441.00 | | |
| | 03-20-2023 | | 4449.00 | 4449.00 | | |
| | 03-20-2023 | | 260.00 | 260.00 | | |
| | 03-20-2023 | | 337.00 | 337.00 | | |
| | 03-20-2023 | | 2749.00 | 2749.00 | | |
| | 03-20-2023 | | 3400.00 | 3400.00 | | |
| | 03-20-2023 | | 57.86 | 57.86 | | |
| | 03-20-2023 | | 9.36 | 9.36 | | |

*R - Description of Remarks

Statement #: 21328622

| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
|---|---|---|---|---|---|---|
| | 03-20-2023 | | 14.54 | 14.54 | | |
| | 10-02-2023 | Bad Debt Writeoff | -11974.46 | -11974.46 | | |
| | | Visit Total: | 0.00 | 0.00 | 0.00 | |
| Collection Agency Assigned: Allied Business Associates | | | | | | 1 |
| Bad Debt Balance: $ 11974.46 | | | | | | |
| | | Unpaid Balance: | | 0.00 | 0.00 | |

Total patient payments and or co-payments applied since last statement: $ 0.00

*R - Description of Remarks

1 - Collections

Page 2 of 2

GOODWIN, NICOLE F
21700120

**OAKLAWN CONSENT FOR MEDICAL TREATMENT**

I, _NICOLE GOODWIN_____ Acting on Behalf of GOODWIN, NICOLE F
*(Insert name of Patient or Name of Authorized Representative Followed by "Acting on Behalf of" and Name of Patient)*

request and consent to health care provided by Oaklawn, its physicians, and health care providers. Health care may include examinations, diagnostic procedures and treatment considered appropriate by my attending physician(s) or other health care providers at Oaklawn. I understand the practice of medicine and surgery is not an exact science and that diagnosis and treatment may involve a risk of injury or even death. I acknowledge that no one has made any guarantees about the results of examination, procedures, or treatment at Oaklawn.

I understand that:

a) unless an emergency or extraordinary circumstance exists, no substantial procedures will be performed upon me unless I have had an opportunity to discuss them to my satisfaction with a physician or other appropriate health care provider;
b) I have the right to consent to or to refuse any procedure or therapy;
c) I will not be involved in any research or experimental procedure without my full knowledge and consent;
d) some of the physicians at Oaklawn are not its employees or agents, but are independent contractors who have been granted the privilege of using Oaklawn's facilities to provide care and treatment for their patients;
e) Oaklawn is not liable for the loss of or injury to any Personal Property brought to Oaklawn by, or on behalf of, a patient;
f) unless I object, still or motion pictures or closed-circuit television monitoring of patient care may be used for educational purposes; and
g) my Oaklawn care providers may include resident physicians, students, and others in training who, unless otherwise directed by me, may be present during patient care as part of their education.

**Mandatory HIV Testing under Michigan Public Act 488 of 1988 (the "Act")**. While I am not required to consent to HIV tests as a condition for admission, I understand the Act mandates that as a patient I may be tested for HIV (AIDS) without my consent if:

a) a health care provider or public safety employee sustains a percutaneous, mucous membrane, or open wound exposure to my blood or other body fluids; or
b) I am unable to: receive or understand the information required to be provided to me under the Act, consent to or decline the test described in the Act; and I have no legally authorized representative readily available to receive the information or decline the test.

If the test results indicate I am HIV positive, that I may have AIDS, Oaklawn will notify you and provide counseling.

I signify that I am aware of the above law and understand how it may affect me.

**Authorization to Release Information, Assignment of Interest and Payment Agreement.** I authorize the release of information about me to other health care providers, agencies, and health-related entities that Oaklawn determines necessary for my health care. I request and authorize payment directly to Oaklawn of benefits otherwise payable to me, such as Medicare benefits, for all services rendered to me or on my behalf, especially services by an Oaklawn employed physician. For any physician services provided by non-Oaklawn employed physicians I understand I will be billed directly by those physicians and owe them separately for their services. I assume financial responsibility to Oaklawn for the total charges, and I understand the balance is payable in full at the time of service unless other arrangements have been made with Patient Financial Services.

I authorize the release of information necessary to complete Oaklawn's or my physician's claims for reimbursement to the indicated insurance company(s), agency(s), or place(s) of employment, even information for health care services provided for drug and/or alcohol abuse, mental illness, AIDS, HIV or ARC. I also understand that an insurance company, agency, or employer, may request my complete medical record for review and that copies of my medical records may be obtained by an insurance company, agency, or employer.

**Medicare Patient's Certification.** I certify that the information given by me applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration, the Medicare Program or its intermediaries or carriers, or to Peer Review Organizations any information related to a Medicare claim. I request the payment of authorized benefits be made on my behalf.

**Wireless Cell Phone Number.** If Oaklawn has been provided a telephone number(s) to contact me, I authorize Oaklawn, its agents and contractors to use that telephone number(s) to contact me by an automated telephone dialing system or prerecorded or artificial voice to discuss my health care, account, current and possible future services, customer service, billing and collections. I understand that providing a cell phone number is not required to receive health care services at Oaklawn and that I may revoke this authorization at any time

**I ACKNOWLEDGE THAT THE OAKLAWN NOTICE OF PRIVACY PRACTICES HAS BEEN MADE AVAILABLE TO ME.**

**THIS FORM HAS BEEN FULLY EXPLAINED TO ME AND I AM SATISFIED THAT I UNDERSTAND ITS CONTENT AND SIGNIFICANCE.**

_____   03/20/2023   14:40:34   Christensen, Beth J
(Signature of Patient or Legal Guardian)   Date of Signing   Time of Signing   (Signature of Witness)

K-76   cc-bh/qi-ks/5-2022   CONSENT FOR TREATMENT   page 1 of 1