**GOODWIN, NICOLE F**   Admin Sex: **Female**   DOB: ██████

**Continuity of Care Document**

Summarization of Episode Note | 03/20/2023 to 03/20/2023

Source: **Oaklawn Hospital**

Created: **09/25/2024**

## Demographics

Contact Information:

863 GORSLINE RDBattle Creek, MI 49014, US

████████████████

█████████████████████████

Marital Status: ██████

Religion: ██

Race: █████

**Previous Name(s):** ██

Ethnic Group: █████████████

Language: **English**

ID:████████████████████████████████████████

███████████████████████████████

## Care Team

| Type | Name | Represented Organization | Address | Phone |
|------|------|--------------------------|---------|-------|
| primary care physician | ████████D | -- | ████████████ | ████████████ |

**Relationships**

No Data to Display

## Document Details

**Source Contact Info**

--

**Author Contact Info**

--

**Recipient Contact Info**

--

**Healthcare Professionals**

No Data to Display

**IDs & Code Type Data**

Document Type ID: █████████████ : P██████████

Document Template ID: █████████████████ --, ██████████████████████ : ████████████████████████

: █████████

Document ID: ██████████████████████

Document Type ██████████████████████

Document Language Code: **en-US**

Document Set ID: **--**

Document Version Number: **--**

## Primary Encounter

**Encounter Information**

Registration Date: 03/20/2023

Discharge Date: 03/20/2023

Visit ID ▮

**Location Information**

Oaklawn Hospital

Work:200 N Madison StMarshall, MI 49068-1143, US

**Providers**

| Type | Name | Address | Phone |
|------|------|---------|-------|
| Admitting | ███████ | ██████████ | Work Tel: ████████ |
| Attending | ███████ | ██████████ | Work Tel: ████████ |

**Encounter**

**FIN 21700120 Date(s): 3/20/23 - 3/20/23**

Oaklawn Hospital 200 N Madison St Marshall, MI 49068-1143 USA (269) 781-4271

**Encounter Diagnosis**



- 3/20/23
) - 3/20/23
) -
) -
) -
) -
) -
) -
) -
(Final) -
(Final) -
(Final) -
(Final) -
(Final) -
(Final) -
(Final) -

Attending Physician: ██████████
Admitting Physician: ██████████

**Reason for Visit**

Injury

**Allergies, Adverse Reactions, Alerts**

| Substance | Reaction | Severity | Status |
|-----------|----------|----------|--------|
| ███ | ███ | | Active |

**Assessment and Plan**

No data available for this section

**Immunizations**

No data available for this section

**Medications**

█████████████████████████)
Status: Ordered
████████████
██████████████████████

████████████████████
Status: Ordered
████████████
██████████████████████

## Problem List

| Condition | Confirmation | Course | Effective Dates | Status | Health Status | Informant |
|-----------|--------------|--------|-----------------|--------|---------------|-----------|
| ████ | Confirmed | | | Active/Acute | | |

## Procedures

| Procedure | Date | Related Diagnosis | Body Site | Status |
|-----------|------|-------------------|-----------|--------|
| ███████████ | | | | Completed |
| ██████ | | | | Completed |
| ███████ | | | | Completed |

## Results

### Laboratory List

| Name | Date |
|------|------|
| ████████████ | 3/20/23 |
| ████████████ | 3/20/23 |
| ████████████ | 3/20/23 |
| ██████████ | 3/20/23 |
| ████████ | 3/20/23 |

**3/20/23**

| Test | Result | Reference Range | Specimen Source | Laboratory |
|------|--------|-----------------|-----------------|------------|
| ███ | | ██████████ | | |
| ███ | | ███████████ | | |
| ███ | | ██████████ | | |
| ██ | | ████████ | | |
| ████ | | ████████ | | |
| ███ | | █████████ | | |
| ███ | | █████████ | | |
| ███ | | ██████████ | | |
| ███ | | ████████ | | |
| █████ | | ███ | | |
| █████ | | ███ | | |
| █████ | | ███ | | |

| | | | |
|---|---|---|---|
| █████ | ███ | | |
| █████ | ███ | | |
| ████████ | ███████████████ | | |
| ████████████ | ███████████████ | | |
| ███████ | ███████████████ | | |
| ██████ | ███████████████ | | |
| ██████ | ███████████████ | | |
| █████████ | ████████████████ | | |
| | ███ | | |
| █████ | ████████████████ | | |
| ██ | ███████████████ | | |
| ██████ | █████████████ | | |
| | ███ | | |
| █████████ | █████████ | | |
| █████ | █████████████████ | | |
| █████ | █████████████ | | |
| | ███ | | |
| ██████ | █████████████████ | | |
| █████ | █████████████████ | | |
| ██ | █████████████████ | | |
| ████ | █████████ | | |
| █████████ | ████ | | |
| █████████████ | ██████████████ | | |
| ███ | | | |
| █████████████ | █████████████ | | |
| ███ | | | |
| █████████████ | ████████████ | | |
| █████████████ | ████████████ | | |
| ███ | | | |
| █████ | ████y | | |

**Radiology Reports**

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 3/20/23 8:57 PM | ███████████ ███ | ███████████ | Auth (Verified) |

Notes:

(████████████████████████████████████████ █████

TITLE: ██████████████████

INDICATIONS: ██████████████████████████████████████ ████████████████████████████

TECHNICAL: ████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████

FINDINGS: ███████████████████████████████.

███████████████████████████████████████████████████████████
███████████████

██████████████████████████████████████████

█████████████████████████████████████████████████████████████████
██████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████

█████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████

█████████████████████████████████████████████████████████████
████████████████

IMPRESSION: ███████████████████████
***** Final *****

Signed D████ : 03/20/2023 21:12 Electronically Signed by: ███████████████████
Dictated ██████ : 03/20/2023 21:08 Dictated by: ██████████████████
Technical Comments
██████████████████████
█████████████████████████████
███████████████████████
████████████████████████████
████████████████

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 3/20/23 8:07 PM | ██████████████████████<br>██████████ | ███████████ ; | Auth (Verified) |

Notes:
███████████████████████████████████████████████████████████

REPORT
TITLE: █████████████████████████████

INDICATIONS: █████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████
████████████████████████

██████████████████████████████████████████████████
████████████████████████████████████

FINDINGS: ██████████████████████████████████████
█████

████████████████████.

████████████████████████████████████████████

████████████████████████████████████

████ ████████████████████████████████████████████

████████████████████████.

████████████████████████████████████.

IMPRESSION: ██████████████████████████████

***** Final *****

Signed ██████ 03/20/2023 20:15 Electronically Signed by: ████████████████

Dictated ██████: 03/20/2023 20:11 Dictated by: Ferguson, ████████████

Technical Comments

No

## Vital Signs

3/20/23

| Temperature Oral | ████ F (Normal is 96.8-100 DegF) |
| Peripheral Pulse Rate | ████ (Normal is 60-180 bpm) |
| Peripheral Pulse Rate | ████ (Normal is 60-180 bpm) |
| Peripheral Pulse Rate | ████ (Normal is 60-180 bpm) |
| Respiratory Rate | ████ (Normal is 12-40 br/min) |
| Respiratory Rate | ████ (Normal is 12-40 br/min) |
| Respiratory Rate | ████ (Normal is 12-40 br/min) |
| Blood Pressure | ████ |
| Blood Pressure | ████ |
| Blood Pressure | ████ |
| Level of Consciousness | ████ |

## Social History

| Social History Type | Response |
|---|---|
| Tobacco | █ |
| Smoking Status | ████████████ |

| Social History Type | Response |
|---|---|
| Birth Sex | ███ |

1███

## Goals

No data available for this section

## Hospital Discharge Instructions

Section Author: ███████████ , Oaklawn Hospital

**Patient Education**

03/20/2023 22:06:54

███████████████

███████████████

████████████████████████████

████████████████████████

██████

███████████████████

████████████████

████████████████████████████

•Unless otherwise directed, continue to take any prescription medicines.

•Contact your healthcare provider if you have any questions or concerns.

Follow-up care

Follow up with your healthcare provider, or as advised.

When to seek medical advice

Call your healthcare provider right away for any of the following:

•Symptoms get worse

•Symptoms don't start getting better within 2 days

•Fever of 100.4º F (38º C) or higher, or as directed by your healthcare provider

Call 911

Call 911 for any of these:

•Chest, arm, neck, jaw, or upper back pain

•Trouble breathing

•Numbness or weakness of the face, one arm, or one leg

•Slurred speech, confusion, or trouble speaking, walking, or seeing

•Blood in vomit or stool (black or red color)

•Severe headache

•Loss of consciousness

© 2000-2022 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

03/20/2023 22:06:54

███████████████

███████████████

████████████████████████████

██████████

████████████████████████████

████████████████████████████████████.

Home care

Take any medicines as prescribed. If another medicine was not prescribed for pain, you can take an over-the-counter pain medicine such as ibuprofen or acetaminophen. Use these as directed on the label. Talk with your healthcare provider before taking over-the-counter pain medicine if you have a history of kidney or liver problems or bleeding in the stomach, or have heart disease.

Follow-up care

Follow up with your healthcare provider or our staff as directed.

When to seek medical advice

Call your healthcare provider for any of the following:

████████████████

████████████████████

████████████████

████████████████████████████████

© 2000-2022 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Follow Up Care**

03/20/2023 14:39:46

**With:** Return to Emergency Department

**Address:** Unknown

**When:** If Needed

**With:** ████████

**Address:**

████████████

████████████

████████████

**When:** 2 to 4 days

**Comments:** Please call your primary care physician's office tomorrow for follow-up for further evaluation and management of your symptoms. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████

## Reason for Referral

No data available for this section

## Health Concerns

No data available for this section

## Implantable Device List

No data available for this section

## Physician Emergency department Note

████████████████████████████

███████████████████████████████

███████████████████████████████

█████████████████████████████

██████████████████████████

Event Display: ED Note-Physician
Authored Date: 20230320161453-0400

History Source

Patient.  Drove herself.

Chief Complaint

████████████████████████████████████████████████████████

████████████████████████

History of Present Illness

██████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

Review of Systems

Constitutional symptoms:  ██████████████

Skin symptoms:  ██████

Eye symptoms: ███████████████████,

ENMT symptoms:  █████████████████.

Respiratory symptoms:  ████████████████████████████████████████.

Cardiovascular symptoms:  ██████████████████████████████████

Gastrointestinal symptoms:  ████████████████████████████

Genitourinary symptoms: ███████████████████ .

Musculoskeletal symptoms: ██████

Neurologic symptoms: ████████████████████

Problems and Past Medical History
Past Medical History: ███████████████████████████████████

Histories
Social

████████████████████████████████████████████████████████

Procedure

████████████████████████████████████

History Notes
medications: ██████

████████████████████████████████████████████████████████

Allergies

███████████████ )

Physical Exam
Vitals & Measurements

████████████████████████████████████████

HT: ████████

back

General: ██████████████████ .

Skin: ██████████

Head: ████████████████████ .

Eye: ██████████████████████████████ .

Ears, nose, mouth and throat: ███████████ .

Cardiovascular: ██████████████████████████████████████████ .

Respiratory: ████████████████████████████████████████████ .

Gastrointestinal: ██████████████████████████████████████ .

Back: █████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████ .

Musculoskeletal: █████████████████████████████████ .

Neurological: ██████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████ .

Psychiatric: █████████████████████████ .

ED Medications
████████████

████████████

████████████

████████████

ED Course

████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
██████

[1] █████████████████████████████████████████
[2] █████████████████████████████████████████

Electronically Signed By: ████████████████
On: 03/20/23 17:38
████████████████████  PERFORM
Event Display: ED Note-Physician
Authored Date: 20230320224300-0400

███████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████

Final diagnoses:

████████████████████████

███████████████████

██████████████████████████████

Imaging:

███████████████████████████████████

TITLE: █████████████████████████

INDICATIONS:  ███████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████

█████████████████████████████████████████████████████
███████████████████████████████████████

FINDINGS: ██████████████████████████████████████████████████
██████

██████  █████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

███████████████████████

████████████████████████████████████

IMPRESSION: ████████████████████████████████

 [1]

(█████████████████████████████████████)

TITLE: ██████████████████████

INDICATIONS: ██████████████████████████████████████████████
████████████████████████████████████████

TECHNICAL: █████████████████████████████████████████████████████
████████████████████████████

Comparison ████████████████ :

FINDINGS: ████████████████████████████████ .

██████████████████████████████████████████████████
████████████

██████████████████████████████████████████ .

██████████████████████████████████████████████████████████
██████████

████████████████████████████████████████████████████████████ .

███████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████

███████████████████████████████████████████████████
█████████████

IMPRESSION: ████████████████████████████

Electronically Signed By: ██████████████
On: 03/20/23 22:43

**Emergency department Discharge summary**

█████████████████    PERFORM
███████████████████    PERFORM, SIGN
██████████████████    SIGN, VERIFY
██████████████: VERIFY
███████████████
Event Display: ED Clinical Summary
Authored Date: 20230320222620-0400
Oaklawn Hospital
Emergency
Clinical Discharge Summary

PERSON DEMOGRAPHICS
Name ██████████████
Age ██ Years
DOB ████████
Sex ██████
Visit ████████████████████
██████████████

DIAGNOSIS

██████████████████████

PHYS DOC NOTES

MEDICAL INFORMATION
Allergy Info:

██████

Prescriptions Given:

Medication List:
    Medications to Continue with No Changes
Other Medications
████████████████████████████████████
Next Dose:_____
██████████████████████████████████████.
Next Dose:_____

Laboratory Orders
Name
Status
Details
████
████████
██████████████████████████████████
████████████
████████
████████████████████████████████
██████████████
████████
██████████████████████████████████████████████
████████
████████
██████████████
████████
██████████████████████████████

██████████ Orders

Name
Status
Details

███████████████████
████████
███████████████████████████████████████████████████████████
█████████████████████
███████████████████████
████████
███████████████████████████████████████████████████████████
███████████████████████████████

DISCHARGE INFORMATION
Discharge Disposition: Home or Self Care
Discharge Location:   Home

PERSON INFORMATION
Marital Status ████████
Phone ██████████████
Med ███████████████████
MRN 0 ██████
Acct# ████████ 0
Arrival █████████████████
 Address: █████████████████████████
Acuity █
██████████████

PROVIDER INFORMATION

Provider
Role
Assigned
Unassigned

██████████████████████
ED Nurse
03/20/2023 15:52:43

██████████████████████
ED Nurse
03/20/2023 15:52:48
03/20/2023 19:20:41

███████████████████████
ED Midlevel
03/20/2023 16:05:08

█████████████████████
ED Provider
03/20/2023 17:05:09

ORDERS INFORMATION

PATIENT EDUCATION INFORMATION
  Instructions:
    Weakness (Uncertain Cause); Pain, Acute, Uncertain Cause
  Follow up:

With:
Address:
When:
Return to Emergency Department
Within If Needed

With:
Address:
When:
███████████

██████████████████████████████

████████████████████████

Within 2 to 4 days
Comments:
Please call your primary care physician's office tomorrow for follow-up for further evaluation and management of your symptoms. ███████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████

DEPART REASON INCOMPLETE INFORMATION

**Note**

███████████████ : PERFORM
Event Display: ED Triage and Assessment Adult - Text
Authored Date: ███████████████████
Emergency Department Tests Entered On: 03/20/2023 22:10 EDT
Performed On: 03/20/2023 22:09 EDT ████████████████

Emergency Department-Tests
Lab Tests : ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

Event Display: ED Vital Signs and Pain - Text
Authored Date: 2 ███████████████
ED Vital Signs and Pain Entered On: 03/20/2023 20:09 EDT
Performed On: 03/20/2023 20:08 EDT by ████████████████

Vitals/Ht/Wt
Peripheral Pulse Rate : ██████
Rhythm Pattern : Regular
Respiratory Rate : ████████
Systolic/
Diastolic BP : ██████████
Systolic/
Diastolic BP : ████████
SpO2 : ████
O2 Therapy : ████████
████████████████ - 03/20/2023 20:08 EDT
████████████████ : PERFORM
Event Display: ED Vital Signs and Pain - Text
Authored Date: ████████████████
ED Vital Signs and Pain Entered On: 03/20/2023 18:51 EDT
Performed On: 03/20/2023 17:40 EDT by ████████████████████

Vitals/Ht/Wt
Peripheral Pulse Rate : ██████████
Respiratory Rate : ██████████
Systolic/
Diastolic BP : ██████████
Systolic/
Diastolic BP : ████████
SpO2 : ████
O2 Therapy : ██████████
████████████████ - 03/20/2023 18:50 EDT
████████████████ VERIFY
Event Display: Technical Comments

No

█████████████ VERIFY
Event Display: Technical Comments

████████████████

████████████████

██████████████

████████████████████

█████████████

███████████████████

Contributor_system, Nuance: PERFORM
█████████████████ VERIFY, VERIFY
█████████████████ VERIFY
Event Display: Report
Authored Date: 2████████████████
TITLE: ███████████████████████

INDICATIONS: ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████

Technique: ████████████████████████████████████████████
████████████████████████████████████.

FINDINGS: ██████████████████████████████████████████
████

███████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████

█████████████████████████████████████████.

IMPRESSION: ████████████████████████████1.
***** Final *****

Signed █████ 03/20/2023 20:15 Electronically Signed by: ███████████████
Dictated █████: 03/20/2023 20:11 Dictated by: ███████████████

███████████████████████

Contributor_system, Nuance: PERFORM

███████████████ VERIFY, VERIFY
████████████████

Event Display: Report
Authored Date: ██████████████
TITLE: ████████████████████

INDICATIONS: ████████████████████████████████████████████
████████████████████████████████

TECHNICAL: █████████████████████████████████████████████
███████████████████████████

Comparison ████████████████ :

FINDINGS: ██████████████████████████ .

███████████████████████████████████████████████████
██████████████

██████████████████████████████████

███████████████████████████████████████████████████
███████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████

███████████████████████████████████████████████████
████████████████

IMPRESSION: ████████████████████
***** Final *****

Signed ████████ 03/20/2023 21:12 Electronically Signed by: ███████████████
Dictated ████████ : 03/20/2023 21:08 Dictated by: ███████████████

**Patient Care team information**

**Care Team Personnel**
Name ████████████████
Position: Physician
Member Role: Primary Care Physician
Address:

████████████████
██████████████████

**Care Team Related Persons**

Name: ████████████████

Address: Home