Cigna Health and Life Insurance Company
CHATTANOOGA CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223



Cigna Health and Life Insurance Company AS AGENT FOR EVERSTORY PARTNERS

NICOLE F GOODWIN
8631 GORSLINE RD
BATTLE CREEK MI 49014-8483

To see the latest claims and plan information on myCigna, scan the code.



Service date
March 20, 2023

Claim # / ID
▇▇▇▇2666 / ▇▇▇▇7441

**THIS IS NOT A BILL.**
Your health care professional may bill you directly for any amount that you owe.

Provider Network Status:
IN NETWORK

Account name / Account #
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇3513
Administrative Service Only   ERISA

# Explanation of benefits

for a claim received for NICOLE F GOODWIN, Claim # ▇▇▇▇▇▇2666

Patient's relationship to Subscriber: SUBSCRIBER

Subscriber Name: NICOLE F GOODWIN

## Summary of a claim for services on March 20, 2023

for services provided by OAKLAWN HSP

| | | |
|---|---|---|
| Amount Billed | $11,974.46 | This was the amount that was billed for your visit on 03/20/2023. |
| Cost Reduction | $0.00 | CIGNA negotiates discounts with health care professionals and facilities to help you save money. Using an in-network option is one way you can save. Visit myCIGNA.com or call Customer Service to learn more. |
| Amount not covered | $11,974.46 | This is the portion of your bill that's not covered by your plan. You may or may not need to pay this amount. See the Notes section on the following pages for more information. The total amount of what is not allowed and/ or not covered is $11,974.46 of which you owe $0.00 . |
| What your plan paid | $0.00 | Your plan paid $0.00. |
| What I owe | $0.00 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. Any amount you paid since care was received may reduce the amount you owe. |

## Glossary

**% Paid:** The part of the Amount Billed that your health plan paid

**Administrative Service Only   ERISA:** The Employee Retirement Income Security Act of 1974 (ERISA) sets standards for private sector retirement and health plans. ERISA governs most Administrative Services Only (ASO) plans.

**Allowed Amount:** The amount that Cigna determines is reasonable reimbursement for covered services provided to you. This may be established in accordance with an agreement between a health care provider and Cigna.

**Amount Billed:** The amount a health care provider can bill for covered services

**Amount Not Covered:** The part of the Amount Billed that is not covered by, or eligible for payment under, your plan

**Coinsurance:** A shared cost between you and your health plan that equals the Allowed Amount for a covered service. This shared cost starts once you have met your deductible.

**Copay:** A dollar amount you pay for an eligible health care or related service, typically due at the time the service is provided. When present, a copay is usually applied on a per occurrence, per admission, per day, or annual basis.

**Cost Reduction:** The billed charges were lowered by this amount. Your plan does not pay this amount. You do not have to pay this amount.

**Deductible:** A set amount you pay out of pocket in one plan or contract year for covered services before your health plan will start covering part of the cost

**Discount:** The amount you save by using a network health care provider. Cigna negotiates lower rates with network health care providers to help you save money. Using out-of-network providers will cost you more. If you go out-of-network for services, Cigna may be able to get you discounts through third-party vendor contracts.

**In-Network:** A group of health care providers that have a contract with Cigna to provide you with health care coverage. Using in-network providers will save you money.

**Out-of-Network:** Any health care provider that does not have a contract with Cigna to provide you with health care coverage. Using out-of-network providers will cost you more money.

**Out-of-Pocket Maximum:** The total dollar amount a customer will pay toward the coverage of a health plan's benefits/services within a calendar or contract year.

**What My Plan Paid:** The part of the Amount Billed that your health plan paid

**What I Owe:** The part of the Amount Billed you are responsible for. This amount might include your deductible, coinsurance, any amount over the maximum reimbursable charge, or products or services not covered by your plan.

## Federal Rights of review and appeal

If you have any questions about this explanation of benefits, please call Customer Service at the toll-free number on the front of this form.

If you're not satisfied with this decision, you can start the Appeal process by sending a written request to the address listed in your plan materials within 180 days of receipt of this explanation of benefits (unless a longer time frame is provided by applicable state law or permitted by your plan).

Please follow the steps below to make sure that your appeal is processed in a timely manner.

- Send a copy of this explanation of benefits along with any relevant additional information (e.g. benefit documents, medical records) that helps to determine if your claim is covered under the plan. Contact Customer Service if you need help or have further questions.
- Be sure to include: 1) Your name 2) Account number from the front of this form 3) ID number from the front of this form 4) Name of the patient and relationship and 5) "Attention: Appeals Unit" on all supporting documents.
- Contact Customer Service at the number on the front of this form to request access to and copies of all documents, records and other information about your claim, free of charge.
- You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA, you may also bring legal action under section 502(a) of ERISA following our review and decision.
- If, after all required reviews of your claim have been completed, all or part of your claim is denied, you have the right to file a civil action under section 502(a) of the Employee Retirement Income Security Act. Any civil action must be brought in the United States District Court for the Western District of Tennessee within one (1) year after the final plan decision on your claim.

## Need Help?

Login or register for myCigna.com to view claim details or chat with a representative. You can call us at  (800) 244-6224 (1.800.CIGNA24) or the number on the back of your ID Card. Please have your claim number ready.



Claim received for  NICOLE F GOODWIN
Claim #  ■■■2666
ID  ■■■7441

**THIS IS NOT A BILL**

## Claim detail

CIGNA received this claim on December 12, 2024 and processed it on December 14, 2024.

| Service dates | Type of service | Amount billed | Cost Reduction | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OAKLAWN HSP, Claim # 8432434802666 | | | | | | | | | | | |
| 03/20/23 | DRUGS | 42.70 | 0.00 | 42.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | LABORATORY | 8.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | LABORATORY | 27.00 | 0.00 | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | LABORATORY | 24.00 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | LABORATORY | 441.00 | 0.00 | 441.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | LABORATORY | 155.00 | 0.00 | 155.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | CAT SCAN | 4,449.00 | 0.00 | 4,449.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | EMERGENCY ROOM | 337.00 | 0.00 | 337.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | EMERGENCY ROOM | 260.00 | 0.00 | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | EMERGENCY ROOM | 2,749.00 | 0.00 | 2,749.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | MAGNETIC IMAGING | 3,400.00 | 0.00 | 3,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | DRUGS | 23.90 | 0.00 | 23.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| 03/20/23 | DRUGS | 57.86 | 0.00 | 57.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A0 |
| Total | | $11,974.46 | $0.00 | $11,974.46 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | |

*After you have met your deductible, the costs of covered expenses are shared by you and your health plan.
The percentage of covered expenses you are responsible for is called coinsurance.

### Other important information that I need to know

IF YOU ARE COVERED BY MORE THAN ONE HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH EACH PLAN.

**Notes**

A0 - HEALTH CARE PROFESSIONAL: THIS CLAIM WAS NOT RECEIVED ON TIME SO WE CANNOT PAY THE CLAIM. YOUR CONTRACT WITH CIGNA DOES NOT ALLOW YOU TO BILL THE PATIENT AFTER THE TIME LIMIT. IF YOU DID SUBMIT THE CLAIM ON TIME, PLEASE RESEND THE CLAIM ALONG WITH PROOF OF TIMELY SUBMISSION TO THE ADDRESS ON THE PATIENT'S ID CARD. PLEASE REFER TO YOUR CONTRACT FOR INFORMATION ON CLAIM FILING DEADLINES.



Claim received for   NICOLE F GOODWIN
Claim #                         2666
ID                                 7441

**THIS IS NOT A BILL**

## Additional information related to the Patient Protection and Affordable Care Act of 2010

If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, You can contact your provider directly or you can print and fill out the request form and send it back to Cigna. Go to Cigna.com and click "Find a Form" at the bottom of the page. Choose "Privacy Forms," then "Cigna Health Care Privacy Forms." Print the **Request for Diagnosis and Treatment Code Information form**. If you have difficulty accessing the form, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

If you don't agree with our final internal review of your claim, you may be able to ask for an independent external review. Your plan and any state or federal requirements determine whether your claim is eligible for external review. For questions about your appeal rights or for assistance, call the Employee Benefits Security Administration at 1-866-444-EBSA(3272) or go online to www.askebsa.dol.gov

Your state may also offer a consumer assistance or an Ombudsman program to help you. Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu. If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

If you have difficulty reading English, we offer language assistance. For help please call the Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige Unterstützung an. Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供您語言協助。欲取得協助，請撥打會員卡上的客戶服務電話號碼。

Bilagáana Bizaad wólta' nił nanitł'ahgo, saad bee niká'a'doowolígíí hóló. Áká'a'áyeed biniiyé t'áá shǫǫdi áká'anídaalwo'go dabinaanishígíí bich'į' hodíílnih éí naaltsoos bee nee hózinígíí bikáa'gi bibéésh bee hane'é yisdzoh.