| Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>**10TH DISTRICT COURT** | **SUMMONS**<br>Our File # 24E01226<br>160/11974.46 | **CASE NO.**<br>25-05613-GC |

**Court Address**
161 E MICHIGAN AVE BATTLE CREEK MI 49014-4021

**Court Telephone No.**
269/969-6683

| Plaintiff name(s), address(es) and telephone no(s).<br>Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital<br>C/O GOODMAN FROST, PLLC<br>PO Box 67<br>Southfield MI 48037-0067<br>888/593-0088 x400 | v | Defendant name(s), address(es), and telephone no(s).<br>Nicole F Goodwin<br>8631 Gorsline Rd<br>Battle Creek MI 49017<br>269/964-0088 |
|---|---|---|
| Plaintiff attorney, bar no., address, and telephone no.<br>GOODMAN FROST, PLLC<br>Timothy J. Frost (P40616)<br>PO Box 67<br>Southfield MI 48037-0067<br>888/593-0088 x400 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
- ☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of this complaint.
- ☐ There is one or more pending or resolved cases within the jurisdiction of the family division of circuit court involving the family or family members of the person(s) who are the subject of this complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
- ☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of circuit court involving the family or family members of the person(s) who are the subject of this complaint.

**Civil Case**
- ☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
- ☐ MDHSS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL400.106(4).
- ☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
- ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____. The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk: **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan, you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or to take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>5/15/2025 | Expiration date*<br>8/14/2025 | Court Clerk:<br>/s/ Kristen Getting |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC01   (3/23) SUMMONS    MCR 1.109(D), MCR 2.102 (B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN 10TH DISTRICT COURT 5/7/2025 11:28 AM

STATE OF MICHIGAN
IN THE 10TH DISTRICT COURT

ELLA E.M. BROWN CHARITABLE CIRCLE DBA OAKLAWN HOSPITAL,

    Plaintiff,

v.

25-05613-GC

NICOLE F GOODWIN,

    Defendant.
_____/

GOODMAN FROST, PLLC
Robert J. Goodman (P55670)
Timothy J. Frost (P40616)
Attorneys for Plaintiff
PO Box 67
Southfield MI 48037-0067
888/593-0088
_____/

## COMPLAINT

**NOW COMES** Plaintiff Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital ("Plaintiff"), through its attorneys, GOODMAN FROST, PLLC, and for its Complaint against Defendant Nicole F Goodwin, states as follows:

1. Plaintiff is a corporation conducting business in the City of Marshall, State of Michigan.
2. Defendant resides and/or conducts business in the City of Battle Creek, State of Michigan.
3. The amount in controversy is less than $25,000.00, and otherwise within the jurisdiction of this Honorable Court.

### COUNT I - BREACH OF CONTRACT

4. Plaintiff hereby incorporates by reference Paragraphs 1 through 3 as if set forth herein verbatim.
5. Commencing on or about March 20, 2023, Defendant received medical services from Plaintiff, and, in consideration, expressly and/or impliedly agreed to pay for the same.
6. Defendant failed to pay for the medical services provided by Plaintiff thereby breaching the contract.
7. As a result of Defendant's breach, Plaintiff has sustained damages in the amount of

$11,974.46, plus costs, interest and/or fees.

8. This is an attempt to collect a debt and any and all information obtained will be used for that purpose.

**WHEREFORE**, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $11,974.46, plus recoverable costs, interest and/or fees, as allowed by law or contract.

### COUNT II - ACCOUNT STATED

9. Plaintiff incorporates by reference paragraphs 1 - 8 as if stated herein verbatim.
10. Medical services were rendered to Defendant, and invoice(s) were provided to Defendant.
11. The account has become stated as a result of the payments received and/or failure to object to the amounts owed within a reasonable time.
12. As a result of Defendant's breach, she/he owes damages in the amount of $11,974.46, plus recoverable costs, interest and/or fees.

**WHEREFORE**, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $11,974.46, plus recoverable costs, interest and/or fees, as allowed by law or contract.

### COUNT III - UNJUST ENRICHMENT

13. Plaintiff hereby incorporates by reference Paragraphs 1 through 12 as if set forth herein verbatim.
14. Plaintiff provided certain medical services to Defendant in the amount of $11,974.46, in reliance upon Defendant's agreement to pay for same.
15. Defendant has received a benefit which it would be inequitable for Defendant to retain without compensating Plaintiff.
16. As a result of Defendant's nonpayment for the services provided, Defendant has been unjustly enriched in the amount of $11,974.46, plus recoverable costs, interest and/or fees, to the detriment of Plaintiff.

**WHEREFORE**, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $11,974.46, plus recoverable costs, interest and/or fees, as allowed by law or contract.

### COUNT IV - QUANTUM MERUIT

17. Plaintiff hereby incorporates by reference Paragraphs 1 through 16 as if set forth herein

Law Offices
Goodman Frost, PLLC
PO Box 67
Southfield, MI 48037-0067

verbatim.

18. Plaintiff provided certain medical services to Defendant in the amount of $11,974.46, in reliance upon Defendant's agreement to pay for same.

19. Plaintiff is entitled to the reasonable value of the services provided to and/or on behalf of Defendant in the amount of $11,974.46, plus recoverable costs, interest and/or fees.

**WHEREFORE**, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $11,974.46, plus recoverable costs, interest and/or fees, as allowed by law or contract.

Respectfully submitted
GOODMAN FROST, PLLC

_____
Robert J. Goodman (P55670)
Timothy J. Frost (P40616)
Attorneys for Plaintiff

Dated: April 29, 2025
*24E01226*

Law Offices
Goodman Frost, PLLC
PO Box 67
Southfield, MI 48037-0067