LAW OFFICES OF
# Goodman Frost, PLLC

PO Box 67

Southfield MI 48037-0067
www.goodmanfrost.com
**TELEPHONE (248) 750-0500**
**FACSIMILE (248) 750-0508**

ROBERT J. GOODMAN
TIMOTHY J. FROST

September 18, 2025

Nicole F Goodwin
8631 Gorsline Rd
Battle Creek MI 49017

**Re: Account with Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital**
Our Account No. 24E01226
Case No. 2505613GC

Dear Sir/Madam::

Enclosed please find the following documents relative to the above matter:

| | | | |
|---|---|---|---|
| ☐ | Amended Complaint | ☐ | Exhibit and Witness Lists |
| ☐ | Motion | ☒ | Pre-Trial Statement |
| ☐ | Notice of Hearing | ☐ | Stipulated Order |
| ☐ | Subpoena | | |
| ☐ | Response to Motion for Installment Payments | | |
| ☐ | Response to Objections to Garnishment | | |
| ☐ | Response to Motion to Set Aside Judgment | | |
| ☐ | Entry of Order Under Seven (7) Day Rule | | |
| ☐ | Order for Settlement and Dismissal | | |
| ☐ | Plaintiff's Interrogatories, Requests for Admissions and Requests for Production of Documents | | |
| ☐ | Other: | | |
| ☐ | Consent Judgment and return envelope | | |
| ☐ | Special instructions- *Please sign and return with your 1st installment.* | | |

Should you have any questions, please do not hesitate to contact our office at 888/593-0088 x -

Very truly yours,

GOODMAN FROST, PLLC

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE

STATE OF MICHIGAN

IN THE 10TH DISTRICT COURT

ELLA E.M. BROWN CHARITABLE CIRCLE DBA
OAKLAWN HOSPITAL,

      Plaintiff,

Case No. 2505613GC
Hon. Michelle L. Richardson

v.

NICOLE F GOODWIN,

      Defendant.
                                      /

| GOODMAN FROST, PLLC | Nicole F. Goowin |
|---|---|
| Robert J. Goodman (P55670) | In Pro Per Defendant |
| Timothy J. Frost (P40616) | 8631 Gorsline Rd |
| Attorneys for Plaintiff | Battle Creek MI 49017 |
| PO Box 67 | |
| Southfield, MI 48037 | |
| 888/593-0088 | |

                                        /

**PLAINTIFF'S PRETRIAL STATEMENT**

1. List all motions to be heard before Trial:

    Plaintiff expects to file a Motion for Summary Disposition and expects to possibly file discovery related motions.

2.   a.  Has an offer of settlement been made by Plaintiff? YES _____ NO _✓_
       b.  Has an answer been made by the Defendant to the offer? YES ___ NO _✓_

    If the Plaintiff has made an offer to settle to which a response has not been made, the Defendant shall make his/her response at the time of the Pre-Trial Conference.

3. List damage claimed in detail ( i.e. lost wages)

    Damages: $11,974.46, in addition to accruing costs and interest. Plaintiff also seeks recoverable attorney fees

4. List the full name, address phone number and area of expert qualifications for each expert witness you desire to have testify (if none, so state): None.

5. State the total number of witnesses you intend to call and your best estimate of the

time required for the presentation of your case in hours:

Number of witnesses: 7          Hours required: <u>half day</u>

1. Any and all employees, independent contractors, officers, directors of Plaintiff, including, but not limited to, custodian of the records.
2. Any and all employees, independent contractors, officers, directors of Defendant's insurance company, including, but not limited to, custodian of the records.
3. Any and all employees, independent contractors and/or agents of any and all financial institutions with which Defendant held a bank account, including, but not limited to, custodian of records.
4. Any and all witnesses identified on Defendant's Witness List.
5. Any and all rebuttal witnesses.
6. Any and all foundational witnesses.
7. Plaintiff reserves the right to identify additional witnesses as they may become known.

Respectfully submitted,
Goodman Frost, PLLC

_____
Robert J. Goodman (P55670)
Timothy J. Frost (40616)
Attorneys for Plaintiff

Dated: September 18, 2025

STATE OF MICHIGAN

IN THE 10TH DISTRICT COURT

ELLA E.M. BROWN CHARITABLE CIRCLE DBA
OAKLAWN HOSPITAL,

    Plaintiff,

Case No. 2505613GC
Hon. Michelle L. Richardson

v.

NICOLE F GOODWIN,

    Defendant.

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN  }
                      }SS:
COUNTY OF OAKLAND }

    Angela Arpi certifies that on September 18, 2025, she sent by first class mail, a copy of the Plaintiff's Pre-trial Statement, to:

Nicole F Goodwin
8631 Gorsline Rd
Battle Creek MI 49017

_____
Angela Arpi

Subscribed and sworn to before me
September 18, 2025

_____
Karen McNally, Notary Public
State of Michigan, County of Oakland
Acting in Oakland County
My Commission Expires: May 21, 2029

Law Offices
Goodman Frost, PLLC
PO Box 67
Southfield, MI 48037-0067