MDC-47 (08/01)  JUSTICE CENTER, 161 E. MICHIGAN AVE., BATTLE CREEK, MICHIGAN 49014  269-969-6666

| STATE OF MICHIGAN TENTH DISTRICT COURT | PRE-TRIAL STATEMENT CIVIL | CASE 25-05613 |

**ELLA EM BROWN CHARITABLE CIRCLE VS NICOLE GOODWIN**

A Pre-trial Conference is scheduled via **Zoom** with:

Judge: Michelle L. Richardson

On September 24, 2025, at 9:15 AM

Zoom Meeting Id # 825-056-0808

Plaintiff/Attorney  ✔ Mail
FROST, TIMOTHY J.,
P.O. BOX 67
SOUTHFIELD  MI 48037

Defendant/Attorney  ✔ Mail
GOODWIN/NICOLE/F
8631 GORSLINE RD
BATTLE CREEK  MI 49017

THE FOLLOWING SHALL BE COMPLETED IN ITS ENTIRETY AND SIGNED BY THE PARTY. OR, IF AN APPEARANCE HAS BEEN FILED, BY COUNSEL OF RECORD FOR THAT PARTY. (If more space is required, please use back of form.)

1. List all motions to be heard before trial: Motion to dismiss Plaintiff's claim, as the bill is not legally owed by the defendant due to the Plaintiff's failure to timely submit the claim to the defendant's insurance, Cigna   Time required 15 mins

2. a. Has an offer of settlement been made by Plaintiff?  YES___ NO _X_
   b. Has an answer been made by the Defendant to the offer?  YES___ NO _X_
   If the Plaintiff has made an offer to settle to which a response has not been made, the Defendant shall make his/her response at the time of the Pre-trial Conference.

3. List damage claimed in detail (i.e. lost wages: 100 hours at $6.24 per hour = $624.00)

Item: Defendant disputes owing any amount
Explanation: Insurance (Cigna) denial letter states the provider breached their contract by failing to file the claim on time; therefore charges cannot be billed to the patient.
Amount: 0 owed by defendant

4. List the full name, address, phone number and area of expert qualifications for each expert witness you desire to have testify (if none, so state): None

5. State the total number of witnesses you intend to call and your best estimate of the time required for the presentation of your case in hours:
   Number of witnesses: 1   Hours required: 1

DATED/SIGNED: Nicole Goodwin

PROOF OF SERVICE/TRUE ATTEST
Served ☐ Personally  X **By Mail** Date: HAH 8/08/25
Pltf. X  Pltf. Atty.    X Def.  Def. Atty

# NOTICE OF VIRTUAL HEARING VIA ZOOM

You are scheduled to appear for a court event that will be held via zoom. Directions for joining the virtual hearing are included below.

### Connecting to the Virtual Hearing at the time of the proceeding:
- <u>Windows Desktop PCs and Laptops:</u> To join either click on this link: Insert link from event invitation OR go to the Zoom Web Site (zoom.us). Click on "Join a Call". Join using the Meeting ID provided on your notice.
- <u>Apple and Android Tablets or Phones:</u> Install the Zoom App from the Apple or Android Store prior to the call. Launch the Zoom app at the time of the call and join using Meeting ID.
- <u>Phone Call Only:</u> Call 646 876 9923 or 669 900 6833 and join using Meeting ID (toll charges may apply depending upon your phone service).

When you enter the zoom hearing you will be placed in a virtual waiting room. When the Court is ready to conduct your hearing, they will admit you into the virtual courtroom.

### Participant Technical Responsibilities:
- The court does not provide technical assistance for testing or troubleshooting.
- Directions for testing your device and networking prior to the proceeding can be found at https://support.zoom.us/hc/en-us/articles/201362313-How-Do-I-Test-My-Video-
- Remote Participants should take time prior to the call to become familiar with the Zoom controls and test your devices mic and speaker controls.
- If you are having technical issues with your equipment you should review Zoom training and support materials at Zoom.us.
- Remote participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality call. (Note: Mobile data use may incur cellular carrier charges which are the responsibility of the remote participant.)

### Zoom Hearing Decorum
- The remote court hearing is a court proceeding and therefore an extension of the courtroom — appropriate conduct ***and attire*** is required. The Judge has control over the proceedings and participants as if they were present in the actual courtroom.
- Limit distractions for you and the other participants to the best of your ability.

***Please confirm that you can participate remotely by calling the 10th District Court at (269) 969-6666 or send an email to: civil@calhouncountymi.gov***