# EXHIBIT A

STATE OF MICHIGAN
IN THE 10TH DISTRICT COURT

ELLA E.M. BROWN CHARITABLE CIRCLE DBA
OAKLAWN HOSPITAL,

    Plaintiff

Case No.: 2505613GC
Hon.

v.

NICOLE F GOODWIN,

    Defendant.

                                      /

| | |
|---|---|
| GOODMAN FROST, PLLC<br>Robert J. Goodman (P55670)<br>Timothy J. Frost (P40616)<br>Attorneys for Plaintiff<br>PO Box 67<br>Southfield MI 48037-0067<br>888/593-0088 | JOSHUA S. GOODRICH<br><br>In Pro Per Defendant<br>Lighthouse Litigation, PLLC<br>5208 W Saginaw Hwy., #81142<br>Lansing, MI 48917 |

                                      /

## SATISFACTION OF JUDGMENT

**NOW COMES** the Plaintiff, Ella E.M. Brown Charitable Circle DBA Oaklawn Hospital, by and through its attorneys, Goodman Frost, PLLC, pursuant to MCR 2.620(1), and states the judgment entered in this case on December 29, 2025, in the amount of $900.00, has been satisfied.

                                      Respectfully submitted
                                      GOODMAN FROST, PLLC

                                      /s/Robert J. Goodman
                                      Robert J. Goodman (P55670)
                                      Attorneys for Plaintiff

Dated: January 6, 2026
*24E01226*

---

**PROOF OF SERVICE**

The undersigned certifies service of a copy of this document upon all other attorneys or parties of record at their respective addresses by affixing first class postage to same and placing it in a U.S. mail receptacle on _____. Further, I declare under full penalty of perjury that the statement above is true to the best of my present knowledge, information and belief.

By:_____

---

*Law Offices*
*Goodman Frost, PLLC*
*PO Box 67*
*Southfield, MI 48037-0067*

STATE OF MICHIGAN

IN THE 10ᵀᴴ DISTRICT COURT

ELLA E.M. BROWN CHARITABLE
CIRCLE DBA OAKLAWN HOSPITAL,

    Plaintiff,

v.

NICOLE F GOODWIN

    Defendants.

Case No. 25-05613-GC

Hon. Michelle L. Richardson

| GOODMAN FROST, PLLC | LIGHTHOUSE LITIGATION, PLLC |
|---|---|
| Robert J. Goodman (P55670) | Joshua S. Goodrich, J.D., LL.M. (P83197) |
| Timothy J. Frost (P40616) | Attorney for Defendant |
| Attorney for Plaintiff | 5208 W Saginaw Hwy., 81142 |
| PO Box 67 | Lansing, MI 48917 |
| Southfield, MI 48037 | 269-312-7435 |
| 888-593-0088 | |

## [PROPOSED] JUDGEMENT

Having been advised that Plaintiff has timely accepted Defendant's Offer of Judgment made pursuant to *MCR 2.405*, and upon Plaintiff's filing of the Offer, Notice of Acceptance, and Proof of Service with this Court, the Court hereby enters judgment according to the terms of that Offer.

### FINDINGS AND ORDERS

1. **Sum Certain and Inclusivity:**

Judgment is entered in favor of Plaintiff and against Defendant in the total amount of Nine Hundred Dollars ($900.00), which amount consists of $150.00 (emergency co-pay) and $750.00 (deductible).

This sum is inclusive of all costs and interest accrued as of the date of service of the Offer of Judgment, in accordance with MCR 2.405(A)(1).[1]

FILED IN 10TH DISTRICT COURT: 12/23/2025 11:20 AM

### 2. Scope of Judgment:

This Judgment resolves only the claims asserted by Plaintiff against Defendant in the operative complaint of this action. It does not resolve, affect, waive, or release any counterclaims, cross-claims, third-party claims, or claims by or against any non-parties as defined under MCR 2.405(B).

### 3. Attorney Fees:

Plaintiff shall bear its own attorney fees, and no attorney fees shall be taxed or awarded as part of the judgment to be entered pursuant to this Offer

### 4. No Admission:

This Judgment is entered for purposes of compromise only and shall not be construed as an admission of liability, fault, or wrongdoing by any party.

### 5. Final Disposition:

This Judgment resolves all remaining claims by Plaintiff against the Defendant and is final as to those claims and those claims only. The Clerk is directed to close the case as between these parties.

IT IS SO ORDERED.

*[Signature]*
12/29/2025
MICHELLE L. RICHARDSON (P57485)
10TH DISTRICT COURT JUDGE

Date: _____

Hon. Michelle L. Richardson
District Court Judge
Calhoun County
State of Michigan

Approved as to form and Substance:

*[Signature]*                                      *[Signature]*
Joshua S. Goodrich, J.D., LL.M. (P83197)           Timothy J. Frost (P40616)
Attorney Defendant                                 Attorney for Plaintiff
Lighthouse Litigation PLLC                         Goodman Frost, PLLC
5208 W. Saginaw Hwy., 81142                        PO Box 67
Lansing, MI 48917                                  Southfield, MI 48037

Page 2 of 2