UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE GOODWIN,

Plaintiff,

v.

GOODMAN FROST, PLLC, et al.,

Defendants.
_________________________________/

Case No. 1:26-cv-10

HON. JANE M. BECKERING

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss filed on January 30, 2026 (ECF No. 12). After receiving leave, Plaintiff filed a First Amended Complaint on February 20, 2026 (ECF No. 17). Because the First Amended Complaint supersedes Plaintiffs' earlier complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motion to dismiss is now moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 12) is DISMISSED as moot.

Dated: February 23, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge