**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

NICOLE GOODWIN,

       Plaintiff,

v.

GOODMAN FROST, PLLC, ROBERT J.
GOODMAN, and TIMOTHY J. FROST, ,

       Defendants.

Case No. 1:26-cv-00010-JMB-MV

Hon. Jane M. Beckering

Magistrate Judge: Maarten Vermaat

---

**JOINT STIPULATION OF DISMISSAL OF ELLA E.M. BROWN CHARITABLE CIRCLE d/b/a OAKLAWN HOSPITAL**

Plaintiff Nicole Goodwin and Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital ("Oaklawn") submit this Stipulation and state as follows:

1.     On January 2, 2026, Plaintiff Nicole Goodwin filed a Complaint (ECF No. 1) naming Goodman Frost, PLLC, Robert J. Goodman, Timothy J. Frost, and Oaklawn as Defendants.

2.     On January 20, 2026, Plaintiff and Oaklawn stipulated to extend the deadline for Oaklawn to respond to the Complaint to provide the parties adequate time to engage in initial settlement discussions.  (Stipulation, ECF No. 8.)

3.     On February 20, 2026, Plaintiff filed an Amended Complaint (ECF No. 17) that removed Oaklawn as a Defendant.

4.     Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Oaklawn now submit this Stipulation to clarify that all of Plaintiff's claims against Oaklawn are hereby dismissed with prejudice, with Plaintiff and Oaklawn each to bear their own costs, expenses, and fees.

SO STIPULATED:

/s/ Joshua S. Goodrich
Joshua S. Goodrich (P83197)
Lighthouse Litigation PLLC
5208 W. Saginaw Hwy., Suite 81142
Lansing, MI 48909
(269) 312-7435
jsgoodrich@lighthouse-litigation.com

*Attorney for Plaintiff*

/s/ Kyle M. Asher (w/ permission)
Kyle M. Asher (P80359)
DYKEMA GOSSETT PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9151
kasher@dykema.com

*Attorney for Oaklawn Hospital*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2026, I electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

Dated: March 9, 2026

By: /s/ *Joshua S. Goodrich*
Joshua S. Goodrich (P83197)