UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE GOODWIN,

Plaintiff, Case No. 1:26−cv−00010−JMB−MV

v. Hon. Jane M. Beckering

GOODMAN FROST, PLLC, et al.,

Defendants.
______________________________/

**ORDER**

Pending before the Court is Defendants' Motion for Reconsideration (ECF No. 25). The Court will require Plaintiff to file a response to the motion. Accordingly: IT IS HEREBY ORDERED that Plaintiff shall, not later than October 2, 2026, file a response to the motion (ECF No. 25).

IT IS SO ORDERED.

Dated: September 18, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge